# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   April 7, 2026

| | |
|---|---|
| ROMAN GUZMAN MORALES,<br><br>   Petitioner,<br><br>-vs-<br><br>MARKWAYNE MULLIN, et al.,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)  Case No. CIV-26-587-SLP<br>)<br>)<br>)<br>) |

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 11] to three (3) business days after the objection is filed.   *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court

By:_____ s/ Lori Gray_____
Deputy Clerk