**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:  May 7, 2026

| | | |
|---|---|---|
| ROMAN GUZMAN MORALES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-26-587-SLP |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

Given the nature of these proceedings, the Court shortens the deadline to file any optional response to an objection to the Report and Recommendation [Doc. No. 17] to three (3) business days after the objection is filed.  *See* Fed. R. Civ. P. 72(b)(2).

By direction of Judge Scott L. Palk, we have entered the above enter order.

Joan Kane, Clerk of Court

By:_____s/ Lori Gray_____
Deputy Clerk